# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Darlene Mabin, R.N.,                  :
                Petitioner      :
                           :
         v.                        :      No. 1763 C.D. 2017
                           :
Bureau of Professional and            :
Occupational Affairs, State           :
Board of Nursing,                     :
               Respondent     :

## **O R D E R**

NOW, August 6, 2018, upon consideration of petitioner's application for reargument, and respondent's answer in response thereto, the application is denied.

 

_____
MARY HANNAH LEAVITT,
President Judge